In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-075 CR


____________________



NICOLAS RODRIGUEZ LOPEZ, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 163rd District Court


Orange County, Texas


Trial Cause No. B-020711-R






MEMORANDUM OPINION (1)


 Nicolas Rodriguez Lopez was convicted and sentenced on an indictment for sexual
assault. Lopez filed a notice of appeal of February 4, 2003. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a
plea-bargain case, and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk. 

 On March 14, 2003, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record by April 13, 2003. See Tex. R. App. P. 37.1. The
record has not been supplemented with an amended certification. Because a certification
that shows the defendant has the right of appeal has not been made part of the record, the
appeal must be dismissed. See Tex. R. App. P. 25.2(d). 

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered April 17, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.